THOMAS J. SPEISS, III (SBN 200949)
 tspeiss@sycr.com
DOUGLAS Q. HAHN (SBN 257559)
 dhahn@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Blvd., Suite 400
Santa Monica, California 90401
Telephone: (424) 214-7042
Facsimile: (424) 214-7010

Attorneys for Plaintiff, Sillage, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| SILLAGE, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>HISTOIRES DE PARFUMS LLC d/b/a ALICE & PETER, a Delaware Limited Liability Company; SCENT-SATION LA, a California Limited Liability Company; and, P.E., Inc. d/b/a PERFUME EMPORIUM, a California Corporation,<br><br>Defendants. | CASE NO.: 8:13-cv-01994-CAS-RNB<br><br>Hon. Christina A. Snyder<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL DEFENDANTS PURSUANT TO RULE 41(a)(1)(A)** |
|---|---|

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Sillage, LLC ("Sillage") files this Notice of Dismissal Without Prejudice in the above-captioned action against Defendants Histoires De Parfums LLC d/b/a Alice & Peter, Scent-Sation LA, and, P.E., Inc. d/b/a Perfume Emporium (collectively, "Defendants") and states as follows:

Defendants have not filed an answer or motion for summary judgment. Defendants have made no appearance and have filed no pleadings with the Court.

1  Nor have they otherwise raised any other defenses to this action.  Therefore,
2  Sillage has the right under Fed. R. Civ. P. 41(a)(1)(A) to voluntarily dismiss this
3  action against Defendants and hereby dismisses the above-captioned action against
4  Defendants without prejudice.

7  DATED:  February 5, 2014            STRADLING YOCCA CARLSON
8                                      & RAUTH, P.C.

                                       By:   /s/ Douglas Q. Hahn
                                             Attorneys for Plaintiff Sillage, LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
NOTICE OF VOLUNTARY DISMISSAL
LITIOC/2088414v1/101734-0094